## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re: National Prescription Opiate Litigation

MDL No. 2804

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential

Tag-Along Action, docket sheet, and complaint were served on the following parties

electronically via CM/ECF, or as indicated below, on October 23, 2018.

### *City of Boston, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:18-cv-12174 (D. Mass)

**Service by email or CM/ECF:**

| | |
|---|---|
| Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>*Counsel for Defendants Purdue Pharma L.P.;*<br>*Purdue Pharma Inc.; The Purdue Frederick*<br>*Company, Inc.* | Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva*<br>*Pharmaceuticals USA, Inc.; Cephalon, Inc.* |
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson;*<br>*Janssen Pharmaceuticals, Inc.; Ortho-*<br>*McNeil-Janssen Pharmaceuticals, Inc. n/k/a*<br>*Janssen Pharmaceuticals, Inc.; Janssen*<br>*Pharmaceutica, Inc. n/k/a Janssen*<br>*Pharmaceuticals, Inc.* | Jonathan L. Stern<br>ARNOLD & PORTER KAY SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>Jonathan.Stern@apks.com<br><br>*Counsel for Defendants Endo*<br>*Pharmaceuticals, Inc. and Endo Health*<br>*Solutions, Inc.* |

| | |
|---|---|
| J. Matthew Donohue<br>HOLLAND & KNIGHT LLP<br>2300 US Bancorp Tower<br>111 SW 5th Ave.<br>Portland, OR 97204<br>(503) 517-2913<br>matt.donohue@hklaw.com<br><br>*Counsel for Defendant Insys Therapeutics* | Brien T. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199<br>(617) 951-7000<br>brien.o'connor@ropesgray.com<br><br>*Counsel for Defendants Mallinckrodt plc;<br>Mallinckrodt LLC; and SpecGx LLC* |
| Russell D. Jessee<br>STEPTOE & JOHNSON PLLC<br>Chase Tower, 17th Floor<br>P.O. Box 1588<br>Charleston, WV 25326<br>(304) 353-8000<br>russell.jessee@steptoe-johnson.com<br><br>*Counsel for Defendant McKesson<br>Corporation* | Robert A. Nicholas<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br><br>Joshua D. Dunlap<br>PIERCE ATWOOD LLP<br>254 Commercial Street<br>Portland, ME 04101<br>(207) 791-1100<br>jdunlap@pierceatwood.com<br><br>*Counsel for Defendant AmerisourceBergen<br>Drug Corporation* |
| Kaspar J. Stoffelmayr<br>BARTLIT BECK HERMAN PALENCHAR<br>& SCOTT LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kaspar.stoffelmayr@bartlit-beck.com<br><br>*Counsel for Defendant Walgreens Boots<br>Alliance, Inc. d/b/a Walgreen Co. d/b/a<br>Walgreens of Massachusetts, LLC* | Robert T. Naumes, Sr.<br>Christopher C. Naumes<br>NAUMES LAW GROUP, LLC<br>2 Center Plaza, Suite 620<br>Boston, MA 02108<br>(617) 227-8444<br>robert@naumeslaw.com<br>christopher@naumeslaw.com<br><br>*Counsel for Plaintiffs The City of Boston; The<br>Boston Public Health Commission; The<br>Boston Housing Authority* |

| | |
|---|---|
| Eugene L. O'Flaherty<br>Corporation Counsel<br>CITY OF BOSTON LAW DEPARTMENT<br>1 City Hall Sq., Room 615<br>City Hall<br>Boston, MA 02201<br>(617) 635-4034<br>eugene.oflaherty@boston.gov<br><br>Timothy J. Harrington<br>General Counsel<br>BOSTON PUBLIC HEALTH<br>COMMISSION<br>BOSTON EMERGENCY MEDICAL<br>SERVICES<br>1010 Massachusetts Ave, 6th Fl<br>Boston, MA 02118<br>(617) 534-3422<br>tharrington@bphc.org<br><br>*Counsel for Plaintiffs The City of Boston; The Boston Public Health Commission; The Boston Housing Authority* | Robert J. McConnell<br>Kate E. Menard<br>MOTLEY RICE LLC<br>55 Cedar Street, Suite 100<br>Providence, RI 02903<br>(401) 457-7700<br>bmcconnell@motleyrice.com<br>kmenard@motleyrice.com<br><br>Donald A. Migliori<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>(843) 216-9241<br>dmigliori@motleyrice.com<br><br>Linda Singer<br>Elizabeth Smith<br>Sara Aguiniga<br>MOTLEY RICE LLC<br>401 9th Street, NW, Suite 1001<br>Washington, DC 20004<br>(202) 386-9629<br>lsinger@motleyrice.com<br>esmith@motleyrice.com<br>saguiniga@motleyrice.com<br><br>*Counsel for Plaintiffs The City of Boston; The Boston Public Health Commission; The Boston Housing Authority* |

**Service by U.S. Mail:**

| | |
|---|---|
| Dr. Fathalla Mashali (Register # 96065-038)<br>FMC Devens<br>Federal Medical Center<br>P.O. Box 879<br>Ayer, MA 01432<br><br>*Counsel for Defendant is unknown* | New England Wellness & Pain Management, P.C. a/k/a New England Pain Associates, P.C. of Massachusetts and Rhode Island, a/k/a Greystone Pain Management, Inc., a/k/a New England Pain Institute, P.C.<br>c/o David W. Krumsiek<br>101 Arch St.<br>Boston, MA 02110<br><br>*Counsel for Defendant is unknown* |

**Liaison Counsel**

**Service by email or CM/ECF:**

| | |
|---|---|
| Peter Henry Weinberger<br>SPANGENBERG SHIBLEY & LIBER LLP<br>1001 Lakeside Avenue East<br>Suite 1700<br>Cleveland, OH 44114-1149<br>(216) 696-3232<br>pweinberger@spanglaw.com<br><br>Steven J. Skikos<br>SKIKOS CRAWFORD SKIKOS & JOSEPH<br>One Sansome Street, Suite 2830<br>San Francisco, CA 94104<br>(415) 546-7300<br>sskikos@skikoscrawford.com<br><br>Troy A. Rafferty<br>LEVIN PAPANTONIO THOMAS<br>MITCHELL RAFFERTY & PROCTOR PA<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>(850) 435-7000<br>trafferty@levinlaw.com<br><br>*Liaison Counsel for Plaintiffs* | Carole Schwartz Rendon<br>BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>(216) 861-7420<br>crendon@bakerlaw.com<br><br>Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>Ralph E. Cascarilla<br>WALTER & HAVERFIELD<br>3500 Tower at Erieview<br>1301 East Ninth Street<br>Cleveland, OH 44114<br>(216) 781-1212<br>rcascarilla@walterhav.com<br><br>Shannon E. McClure<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8226<br>smcclure@reedsmith.com<br><br>Tyler G. Tarney<br>GORDON REES LLP<br>41 South High Street, Suite 240<br>Columbus, OH 43215<br>(614) 340-5558<br>ttarney@grsm.com<br><br>*Liaison Counsel for Defendants* |

By         */s/ Enu Mainigi*

            Enu Mainigi (DC Bar No. 454012)
            WILLIAMS & CONNOLLY LLP
            725 Twelfth Street, N.W.
            Washington, DC 20005
            Telephone: (202) 434-5000
            Facsimile: (202) 434-5029
            emainigi@wc.com

            *Counsel for Defendant Cardinal Health, Inc.*

Dated: October 24, 2018